1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA 95814-2322
   Telephone:  (916) 554-2760
5  Facsimile:  (916) 554-2900
   Email: yoshinori.himel@usdoj.gov
6
   Attorney for Petitioner United States of America
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA, KIM    )    Case No. 2:11-mc-00068-MCE-DAD
    ULRING, Revenue Officer, Internal    )
12  Revenue Service                  )    **MAGISTRATE JUDGE'S FINDINGS**
                                     )    **AND RECOMMENDATIONS RE: I.R.S.**
13              Petitioners,         )    **SUMMONS ENFORCEMENT**
                                     )
14       v.                          )    TAXPAYER: EVERETT D. CALHOUN
                                     )
15  EVERETT D. CALHOUN,              )
                                     )
16              Respondent.          )
    _____  )
17

18       This matter came before me on September 30, 2011, under the Order to Show

19  Cause filed August 2, 2011, which, with the verified petition and memorandum, was

20  sufficiently served upon respondent, Mr. Everett D. Calhoun, under Fed. R. Civ. P. 4(e),

21  on August 18, 2011.  Respondent did not file written opposition.

22       At the hearing, Yoshinori H. T. Himel appeared for petitioner, and petitioning

23  Revenue Officer Kim Ulring was present.  Respondent appeared in person and brought

24  with him what the Revenue Officer accepted as partial compliance with the IRS

25  summons.  The parties, in open court, expressed their agreement to meet on Wednesday,

26  October 5, 2011, at 3:00 p.m., at the Sacramento IRS office, for respondent to continue

27  complying with the IRS summons.

28  ///

                                      1

1    The Verified Petition to Enforce I.R.S. Summons initiating this proceeding seeks

2  to enforce an administrative summons (Exhibit A to the petition) in aid of Revenue

3  Officer Ulring's investigation of Everett D. Calhoun, to determine the existence and

4  amounts of U.S. individual income tax liabilities for the taxable years ending December

5  31, 2000, December 31, 2001, December 31, 2003, and December 31, 2004.

6    Subject matter jurisdiction is invoked under 28 U.S.C. §§ 1340 and 1345, and is

7  found to be proper.  I.R.C. §§ 7402(b) and 7604(a) (26 U.S.C.) authorize the government

8  to bring the action.  The Order to Show Cause shifted to respondent the burden of

9  rebutting any of the four requirements of United States v. Powell, 379 U.S. 48, 57-58

10  (1964).

11    I have reviewed the petition and documents in support.  Based on the

12  uncontroverted verification of Revenue Officer Ulring and the entire record, I make the

13  following findings:

14    (1) The summons issued by Revenue Officer Kim Ulring to respondent, Everett D.

15  Calhoun, on April 20, 2010, seeking testimony and production of documents and records

16  in respondent's possession, was issued in good faith and for a legitimate purpose under

17  I.R.C. § 7602, that is, to obtain information to determine the existence and amounts of

18  U.S. individual income tax liabilities for the taxable years ending December 31, 2000,

19  December 31, 2001, December 31, 2003, and December 31, 2004.

20    (2) The information sought is relevant to that purpose.

21    (3) The information sought is not already in the possession of the Internal Revenue

22  Service.

23    (4) The administrative steps required by the Internal Revenue Code have been

24  followed.

25    (5) There is no evidence of referral of this case by the Internal Revenue Service to

26  the Department of Justice for criminal prosecution.

27    (6) The verified petition and its exhibits made a prima facie showing of

28  satisfaction of the requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS RE: I.R.S. SUMMONS ENFORCEMENT

1    (7) The burden therefore shifted to respondent, Everett D. Calhoun, to rebut that

2  prima facie showing.

3    (8) Respondent has presented no argument or evidence to rebut the prima facie

4  showing.

5    I therefore recommend that the IRS summons issued to respondent, Everett D.

6  Calhoun, be enforced, and that respondent be ordered to appear at the I.R.S. offices at

7  4330 Watt Avenue, Sacramento, California 95821, before Revenue Officer Kim Ulring,

8  or her designated representative, within 10 days of this issuance of the summons

9  enforcement order, then and there to be sworn, to give testimony, and to produce for

10  examining and copying the books, checks, records, papers and other data demanded by

11  the summons, the examination to continue from day to day until completed.  I further

12  recommend that if it enforces the summons, the Court retain jurisdiction to enforce its

13  order by its contempt power.

14    These findings and recommendations are submitted to the United States District

15  Judge assigned to the case under 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 304 of the

16  Local Rules of the United States District Court for the Eastern District of California.

17  Within fourteen (14) days after being served with these findings and recommendations,

18  any party may file written objections with the court and serve a copy on all parties.  Such

19  a document should be titled "Objections to Magistrate Judge's Findings and

20  Recommendations."  Any reply to the objections shall be served and filed within seven

21  (7) days after service of the objections.  The assigned District Judge will then review

22  these findings and recommendations pursuant to 28 U.S.C. § 636(b)(1).  The parties are

23  advised that failure to file objections within the specified time may waive the right to

24  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

25  DATED: October 13, 2011.

26

27  Ddad1\orders.civil\usvcalhoun0068.f&r

_____

DALE A. DROZD

28  UNITED STATES MAGISTRATE JUDGE

MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS RE: I.R.S. SUMMONS ENFORCEMENT