1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA, KIM
     ULRING, Revenue Officer, Internal
12   Revenue Service,

13              Petitioners,              Case No. 2:11-mc-00068-MCE-DAD

14        vs.

15   EVERETT D. CALHOUN,                  <u>ORDER</u>

16              Respondent.

17   _____/

18              Petitioners filed the above-entitled action.  The matter was referred to a United

19   States Magistrate Judge pursuant to Local Rule 72-302(c)(9).

20              On October 13, 2011, the magistrate judge filed findings and recommendations

21   herein which were served on respondent and which contained notice to respondent that any

22   objections to the findings and recommendations were to be filed within fourteen days.

23   Respondent has not filed objections to the findings and recommendations.

24              The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1          1. The findings and recommendations filed October 13, 2011 (Doc. No. 7), are

2    adopted in full;

3          2. The IRS summons issued to respondent, Everett D. Calhoun, shall be enforced;

4          3. Respondent is ordered to appear at the I.R.S. offices at 4330 Watt Avenue,

5    Sacramento, California 95821, before Revenue Officer Kim Ulring, or her designated

6    representative, within 10 days of this issuance of the summons enforcement order, then and there

7    to be sworn, to give testimony, and to produce for examining and copying the books, checks,

8    records, papers and other data demanded by the summons, the examination to continue from day

9    to day until completed; and

10          4. The Court shall retain jurisdiction to enforce its order by its contempt power.

11

12    Dated: November 18, 2011

13    _____
        MORRISON C. ENGLAND, JR.
14      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26