IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, KIM ULRING, Revenue Officer, Internal Revenue Service,

    Petitioners,

vs.

EVERETT D. CALHOUN,

    Respondent.

                                /

Case No. 2:11-mc-00068-MCE-DAD

ORDER

        Petitioners filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(9).

        On October 13, 2011, the magistrate judge filed findings and recommendations herein which were served on respondent and which contained notice to respondent that any objections to the findings and recommendations were to be filed within fourteen days. Respondent has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed October 13, 2011 (Doc. No. 7), are adopted in full;

2. The IRS summons issued to respondent, Everett D. Calhoun, shall be enforced;

3. Respondent is ordered to appear at the I.R.S. offices at 4330 Watt Avenue, Sacramento, California 95821, before Revenue Officer Kim Ulring, or her designated representative, within 10 days of this issuance of the summons enforcement order, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed; and

4. The Court shall retain jurisdiction to enforce its order by its contempt power.

Dated: November 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE